# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

OCWEN LOAN SERVICING, LLC,     :   No. 298 EAL 2018

Respondent                  :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court

v.                        :

                                :

DEBORAH AND MARK LEWIS,      :

Petitioners             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of January, 2019, the "Pursuant to Pennsylvania Rule 2501(a), Appellant Request Leave for Post Trial Submission Communication" and Petition for Allowance of Appeal are **DENIED**.